IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

LEONARD FOBERT,                             3:11-CV-06195-JE

       Plaintiff,                       ORDER

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

       Defendant.

BROWN, Judge.

    Magistrate Judge John Jelderks issued Findings and Recommendation (#12) on July 26, 2012, in which he recommends this Court reverse the Commissioner's decision denying Plaintiff's application for Supplemental Security Income (SSI) benefits and remand this matter for an award of benefits. The matter is now before this Court pursuant to 28 U.S.C.

1 - ORDER

§ 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*). *See also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988). Having reviewed the legal principles *de novo*, the Court does not find any error.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Jelderks's Findings and Recommendation (#12). Accordingly, the Court **REVERSES** the Commissioner's decision to deny Plaintiff's application for SSI benefits and **REMANDS** this matter for the immediate calculation and award of benefits.

IT IS SO ORDERED.

DATED this 20th day of August, 2012.

_____
ANNA J. BROWN
United States District Judge

2 - ORDER