IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

LEONARD FOBERT,

Plaintiff,

v.

MICHAEL ASTRUE,
COMMISSIONER SOCIAL
SECURITY,

Defendant.

3:11-CV-06195-JE

JUDGMENT OF REMAND

Based on the Court's Order (#14) issued August 20, 2012, **IT IS ADJUDGED** this matter is **REMANDED** to the Commissioner for the immediate calculation and award of benefits.

Dated this 20th day of August, 2012.

ANNA J. BROWN
United States District Judge

JUDGMENT OF REMAND