DAVID W. HITTLE, OSB #74142
Suite 810, 388 State St.
Salem, OR 97301
Tel.: (503)371-3844
Fax.: (503)371-3738
dhittle@dwhaal.com
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

LEONARD PAUL FOBERT, JR

         Civil No. 3:11-cv-06195-JE

  Plaintiff,

  v        ORDER FOR EAJA FEES

MICHAEL J. ASTRUE,
Commissioner of Social
Security,
  Defendant.

  Based upon Plaintiff's application, to which Defendant has no objection, it is hereby ORDERED that Plainitff is awarded attorney fees in the amount of $3,187.23 under the Equal Access to Justice Act 28 U.S.C. §2412, pursuant to 28 U.S.C. §1920.

  DATED this 5th day of October, 2012.

          /s/ John Jelderks
        UNITED STATES MAGISTRATE JUDGE

Presented by:

/s/ David W. Hittle
DAVID W. HITTLE, OSB# 741427
Attorney for Plaintiff